UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUMMER DAWN TURNER,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BCFORWARD,<br><br>　　　　　　　Defendant. | Case No. C22-0358-RAJ<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Plaintiff applied to proceed *in forma pauperis* (IFP). Dkt. 6. She indicates she is unemployed and has no income or cash resources and incurs no monthly expenses. Based off this information, the Court is unable to assess Plaintiff's IFP request. Plaintiff must provide more information regarding her financial status, including how much money she consistently expends to meet her basic human needs and from where she receives that money.

/ / /

/ / /

/ / /

MINUTE ORDER - 1

Plaintiff is directed to submit her revised IFP application within **thirty (30) days** of this Minute Order. Failure to do so may result in denial of her application and/or dismissal of this matter.

Dated this 6th day of April, 2022.

Ravi Subramanian<br>
Clerk of Court<br>
<br>
By: s/ Stefanie Prather<br>
Deputy Clerk

MINUTE ORDER - 2