1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUMMER DAWN TURNER,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BCFORWARD,<br><br>　　　　　　　Defendant. | Case No. C22-0358-RAJ<br><br>REPORT AND RECOMMENDATION |

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1)　The Court ADOPTS the Report and Recommendation;

(2)　Plaintiff's Motion to Proceed IFP, Dkt. 6, is DENIED.  Plaintiff is directed to pay the full filing fee of $402.00 within **thirty (30) days** of the date of signature below.  If the filing fee is not paid, this case will be dismissed;

(3)　The Clerk shall file the complaint only on receipt of the filing fee.  If no filing fee is paid within **thirty (30) days** of the date of this Order, the Clerk is directed to close the file; and

REPORT AND RECOMMENDATION - 1

(4)   The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

Dated this 25th day of July, 2022.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

REPORT AND RECOMMENDATION - 2